**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Greensboro Division**
11 cv 198

| | |
|---|---|
| THE NORTH CAROLINA GROWERS' ASSOCIATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HILDA L. SOLIS, U.S. DEPARTMENT OF LABOR, | ) |
| MAS LABOR, MAS-H2A, K-T LABOR, AWMA, L.L.C., and | ) |
| ANDREW JACKSON, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF NORTH CAROLINA GROWERS' ASSOCIATION, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

    North Carolina Growers' Association, Inc.     who is     Plaintiff    
    (Name of party.)                                  (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
        ( )    YES        (X)    NO

2. Does party have any parent corporations?
        ( )    YES        (X)    NO
If yes, identify all parent corporations, including grand-parent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity? ( )    YES    (X)    NO

1359337.1

1

If yes, identify all such owners:_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ( )  YES  (X)  NO
If yes, identify entity and nature of interest: _____

This the 11th day of March, 2011.

           /s/ W. R. Loftis, Jr.
           W. R. Loftis, Jr.
           N.C. State Bar No. 2774
           rloftis@constangy.com
           CONSTANGY, BROOKS & SMITH, LLP
           100 N. Cherry St., Suite 300
           Winston-Salem, NC 27101
           Telephone: 336-721-1001
           Facsimile: 336-748-9112

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **PLAINTIFF NORTH CAROLINA GROWERS' ASSOCIATION, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was served by certified mail with the Complaint in the United States Mail, postage prepaid, and addressed as follows:

HILDA L. SOLIS,
in her official capacity as
United States Secretary of Labor,
200 Constitution Avenue, NW,
Washington, DC 20210,

THE UNITED STATES DEPARTMENT
OF LABOR, 200 Constitution Avenue, NW,
Washington, DC 20210

MASLabor
c/o R/A Darryl D. Whitesell
828 Main Street
19th Floor
Lynchburg, VA 24504

MAS-H2A
c/o R/A Darryl D. Whitesell
828 Main Street
19th Floor
Lynchburg, VA 24504

Kentucky-Tennessee Labor Corporation
c/o R/A Patricia Sowards
169 East Reynold Road
Suite 250-F
Lexington, KY 40517

Agriculture Workforce Management Association, Inc
c/o R/A Kevin G. Henry
333 West Vine Street
Suite 1400
Lexington, KY 40507

Andrew Jackson
407 College Street
Clinton, NC 28328

This the 11th day of March, 2011.

                                           /s/ W. R. Loftis, Jr.
                                           W. R. Loftis, Jr.
                                           N.C. State Bar No. 2774
                                           rloftis@constangy.com
                                           CONSTANGY, BROOKS & SMITH, LLP
                                           100 N. Cherry St., Suite 300
                                           Winston-Salem, NC 27101
                                           Telephone: 336-721-1001
                                           Facsimile: 336-748-9112