UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| NORTH CAROLINA GROWERS' ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL NO. 11-198 |
| HILDA SOLIS, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**FEDERAL DEFENDANTS' SECOND CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

Defendants Hilda Solis and the U.S. Department of Labor (Federal Defendants), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(a), respectfully move the Court for a forty-five (45) day extension of time, until August 11, 2011, to answer or otherwise respond to Plaintiff's first amended complaint (Dkt. No. 6). On May 11, 2011, the Court granted Federal Defendants' unopposed motion for extension of time to file an answer on or before June 27, 2011. The time for responding has not yet expired.

Federal Defendants request additional time because the parties have resolved some issues raised in Plaintiff's first amended complaint, and are currently engaged in negotiations that may result in a resolution of the remaining issues. Thus, for good cause shown, Federal Defendants request an enlargement of forty-five (45) days to answer Plaintiff's first amended complaint.

Federal Defendants' counsel conferred with Plaintiff's counsel regarding this request. Plaintiff's counsel consented to a forty-five (45) day extension of time, or until August 11, 2011, for Federal Defendants to answer or otherwise respond to Plaintiff's first amended complaint.

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General, Civil Division

    COLIN KISOR
    Senior Litigation Counsel, District Court Section
    Office of Immigration Litigation

By:   /s/ Geoffrey Forney
    GEOFFREY FORNEY
    Trial Attorney
    U.S. Department of Justice
    450 5th Street, NW
    Washington, DC 20001
    202-532-4329
    geoff.forney@usdoj.gov

Dated: June 21, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically filed the foregoing FEDERAL DEFENDANTS' SECOND CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and a hyperlink to this document to the following attorneys of record:

> W.R. LOFTIS, JR.
> ROBIN E. SHEA
> CONSTANGY BROOKS & SMITH, LLP
> 100 N. CHERRY ST., STE. 300
> WINSTON-SALEM, NC 27101
> rloftis@constangy.com
> rshea@constangy.com
>
> ANDREW MILLER JACKSON
> P.O. BOX 27
> CLINTON, NC 28329-0027
> andrewjacksonclinton@yahoo.com
>
> AARON JAMES LONGO
> 100 N. TRYON ST., STE. 2900
> BANK OF AMERICA CORP. CTR.
> CHARLOTTE, NC 28202-4011
> alongo@mcguirewoods.com
>
> JESSICA C. TYNDALL
> BROWN LAW, LLP
> 4130 PARKLAKE AVENUE, SUITE 130
> RALEIGH, NC 27612
> jessica@brownlawllp.com

/s/ Geoffrey Forney
GEOFFREY FORNEY
Trial Attorney
U.S. Department of Justice